Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
2103 Montrose Ave., Suite D
Montrose, Ca. 91020
Phone [818] 249-5291, Fax [818] 249-4329
Email: rbrennan@brennanlaw.com

Stephanie R. Tatar, Esq. (S.B.237792)
TATAR LAW FIRM, APC
3500 West Olive Avenue Suite 300
Burbank, CA 91505
E-mail: stephanie@thetatarlawfirm.com

Attorney for: Plaintiff: Neil Yu

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL YU, an Individual, | Case No.: 2:21-cv-00062-FMO-KS |
| Plaintiff, | Hon. Fernando Olguin |
| vs. | |
| TESLA ENERGY OPERATIONS, INC, a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC, and DOES 1-10, Inclusive, | **PLAINTIFF'S NOTICE OF SETTLEMENT WITH TESLA ENERGY OPERATIONS, INC.** |
| Defendants. | |

TO THE COURT AND ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that Plaintiff Neil Yu has settled with Defendant Tesla Energy Operations, Inc. ("Tesla"). The parties have reached a settlement of this matter, to be formalized in a written settlement agreement within the next 30 days.

1  The settlement includes a motion to the court for plaintiff's attorney's fees and
2  costs.

4      Plaintiff estimates that these matters should be completed within
5  approximately 30 days.

7  Dated: June 24, 2022    **LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**

By: */s/ Robert F. Brennan*
Robert F. Brennan, Esq.
Attorney for Plaintiff
Neil Yu

---

2
PLAINTIFF'S NOTICE OF SETTLEMENT WITH
TESLA ENERGY OPERATIONS, INC.