JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL YU,<br><br>    Plaintiff,<br><br>    v.<br><br>TESLA ENERGY OPERATIONS, INC., et al.,<br><br>    Defendants. | Case No. CV 21-0062 FMO (KSx)<br><br>**JUDGMENT RE: ATTORNEY'S FEES AND COSTS** |

Pursuant to the Court's Order Re: Motion for Attorney's Fees, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that plaintiff shall recover $196,368.35 in attorney's fees and $9,258.30 in costs from defendant Tesla Energy Operations, Inc.

Dated this 4th day of August, 2023.

/s/
Fernando M. Olguin
United States District Judge